**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANNETTE PICKENS                                                                                    PLAINTIFF

v.                                              No. 5:12CV00220 JLH

PINE BLUFF JEFFERSON COUNTY
ECONOMIC OPPORTUNITIES
COMMISSION, INC., et al.                                                                  DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court

finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen

the action if it is satisfactorily shown that settlement has not been completed and further litigation

is necessary.

IT IS SO ORDERED this 4th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE