**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANNETTE PICKENS                                                                PLAINTIFF

v.                                          No. 5:12CV00220 JLH

PINE BLUFF JEFFERSON COUNTY
ECONOMIC OPPORTUNITIES
COMMISSION, INC., et al.                                                    DEFENDANTS

## ORDER

  Annette Pickens has filed a motion to withdraw her motion to enforce settlement agreement, stating that the terms of the settlement agreement have been finalized.  The motion to withdraw is GRANTED.  Document #79.  The motion to enforce settlement agreement is denied as moot. Document #75.

  IT IS SO ORDERED this 2nd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE